**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE V. CARRILLO, | ) | NO. CV 10-5070-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondents. | ) | |

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," it is adjudged that the Petition is denied and dismissed without prejudice.

DATED: July 20, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE